IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DESIGN BASICS, L.L.C., et al., | |
|---|---|
| Plaintiffs, | 8:16-CV-51 |
| vs. | |
| CARHART LUMBER COMPANY, et al., | JUDGMENT |
| Defendants. | |

Upon the parties' Stipulation For Voluntary Dismissal with Prejudice (filing 16), this matter is dismissed in its entirety, with prejudice, without further cost to any party.

Dated this 27th day of May, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge